

EASTON

My Account | My Wishlist | My Cart | Checkout | Login/Register

BASEBALL | SOFTBALL | SHOP EQUIPMENT | VIDEOS | BBCOR | CLEARANCE | BLOGS | STORE LOCATOR | SEARCH

HOME / SHOP EQUIPMENT / BASEBALL ACCESSORIES / BASEBALL TRAINING SERIES / PRO 5 POINT HITTING TEE

0 Items in Your Cart | 2 Items to Compare | Like 1.2k

BROWSE BY

- Gear worn at the 2012 Little League Baseball® World Series
- Baseball Bats
- Baseball Gloves
- Batting Gloves
- Batting Helmets
- Catcher's Gear
- Baseball Apparel
- Baseball Bags
- Baseball Accessories
- Youth Baseball
- Clearance Outlet

BACK TO RESULTS

ZOOM

ALT. VIEW

## Pro 5 Point Hitting Tee

Read All 1 Reviews | Write a Review

Like 0 Share

Availability: Out of Stock

**$69.99**

+ Wishlist | + Compare | Return Policy | Customer Service

FEATURES TECH REVIEWS FAQ'S

### Specifications

- Designed for double-tee drills
- Adjustable ball height from 22" to 38"
- Elastic hitting tube holders for easy transporting

REGISTER NOW GO EASTON SOCIAL

EASTON

**THE EQUIPMENT**
- Baseball Bats
- Ball Gloves
- Batting Gloves
- Helmets
- Catcher's Gear
- Apparel
- Bags
- Accessories
- Licensees
- Youth
- Clearance Outlet

**VIDEOS**
- Videos Home
- Products
- Athletes
- For Fun / Instructional

**CLUBHOUSE**
- News / Events
- Coaches
- NCAA Teams
- Youth Associations

**BLOGS**
- Blog Network
- College Baseball Today
- Destination Omaha

**CUSTOMER SERVICE**
- Home
- Product FAQs
- Orders
- Apparel Sizing Chart
- Shipping
- Returns & Exchanges
- Contact Us
- Rewards

**BAT WARRANTIES**
- Bat Warranty
- Non-Bat Warranty
- Track Your Return
- Replacement Survey

**RETAIL LOCATOR**
- United States & Canada
- International

**CORPORATE**
- Sign up for Emails
- Privacy Policy
- Careers

**SOFTBALL**
- Fastpitch
- Slow-pitch

**MOBILE APPS**
- Baseball / iPhone
- Baseball / iPad
- Baseball / Android

*Other Sites in the Easton-Bell Sports Family:* Easton Softball | Easton Hockey | Riddell | Bell Sports | Giro | Easton-Bell Sports